No. 867. SUDDUTH, ADMINISTRATRIX, *v.* YAZOO & MISSISSIPPI VALLEY RAILWAY CO. May 6, 1935. Petition

for writ of certiorari to the Supreme Court of Mississippi denied. *Mr. Marion W. Reily* for petitioner. *Messrs. H. D. Minor, Charles N. Burch, C. H. McKay, E. C. Craig, R. L. Dent,* and *A. S. Bozeman* for respondent.